IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Beverly A

Printed: 3/11/08

Case Number: 07 B 03413
Judge: Goldgar, A. Benjamin
Filed: 2/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 3, 2008
Confirmed: June 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,659.00 |  |
| Secured: |  | 1,953.41 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,454.00 |
| Trustee Fee: |  | 251.59 |
| Other Funds: |  | 0.00 |
| Totals: | 4,659.00 | 4,659.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,454.00 | 2,454.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 8,734.66 | 700.00 |
| 5. | CitiMortgage Inc | Secured | 5,449.50 | 1,253.41 |
| 6. | Internal Revenue Service | Priority | 2,881.00 | 0.00 |
| 7. | Fairlane Credit L.L.C. | Unsecured | 432.09 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 10.29 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 4,975.58 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 236.79 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 66.00 | 0.00 |
| 12. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,239.91 | $ 4,407.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 251.59 |
|  | $ 251.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Beverly A | Case Number:  07 B 03413 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  3/11/08 | Filed:  2/27/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

